IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LASHAWNDA RUFFIN, *et al.*, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION 1:18-00231-KD-B |
| | ) | |
| WILLIAM EDWARD CLARK, *et al.*, | ) | |
| Defendants. | ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised and there having been no objections filed, the Report and Recommendation of the Magistrate Judge dated October 25, 2018 is **ADOPTED** as the opinion of this Court. It is **ORDERED** that that Plaintiff's motion to remand (Doc. 6) is **GRANTED**, and that this action is hereby **REMANDED** to the Circuit Court of Choctaw County, Alabama, from whence it came.

**DONE** and **ORDERED** this the **16th** day of **November 2018.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**