# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LASHAWNDA RUFFIN, *et al.*, | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )     CIVIL ACTION 1:18-00231-KD-B |
| | ) |
| WILLIAM EDWARD CLARK, *et al.*, | ) |
|     Defendants. | ) |

## JUDGMENT

In accordance with the Order issued on this date, is **ORDERED** that that this action is **REMANDED** to the Circuit Court of Choctaw County, Alabama, from whence it came.

**DONE** and **ORDERED** this the **16th** day of **November 2018.**

       /s/ Kristi K. DuBose
       **KRISTI K. DuBOSE**
       **CHIEF UNITED STATES DISTRICT JUDGE**